**AFFIDAVIT OF SERVICE**

Index #: 1:18-cv-10072-GBD
Date Filed: October 31, 2018
AOS Filed: _____
Court Date: _____
File No.: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ATTORNEY(S): Law Firm of Higbee & Associates Rayminh L. Ngo, Esq.
ADDRESS: 1504 Brookhollow Dr. Ste. 112 Santa Ana, CA 92705 PH:(714) 617-8911

**CHRISTOPHER SADOWSKI,**

vs                                                                                                                                                                  *Plaintiff*

**PRIMERA PLANA NY, INC.; and DOES 1 through 10 inclusive,**

*Defendant*

STATE OF NEW YORK, COUNTY OF NASSAU SS.:

YOLER JEAN-BAPTISTE, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On November 29, 2018 at 1:57 PM at 1026 6TH AVENUE, STE. 301N, NEW YORK, NY 10018, deponent served the within **Summons In A Civil Action, Civil Cover Sheet and Complaint for Damages and Injunctive Relief Demand For Jury Trial**

with Index Number 1:18-cv-10072-GBD, and Date Filed October 31, 2018 endorsed thereon,
on: **PRIMERA PLANA NY, INC. - ATTN: NUNEZ TAX SERVICE, INC.**, **Defendant** therein named.

#1 INDIVIDUAL [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORP./ENTITY [X] By delivering to and leaving with **Hector Nunez - Officer** who indicated they were authorized to accept service on behalf of the Corporation/Entity.

#3 SUITABLE AGE PERSON [ ] By delivering a true copy of each to - a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR [ ] By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

[ ] Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on

#5 MAIL COPY [ ] On _____, deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

#6 NON-SRVC [ ] After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] Other:

Attempts

#7 DESCRIPTION [X] A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3) Sex Male  Color of skin Brown  Color of hair Black/Gray  Age 51-55 Yrs.  Height 5ft4in - 5ft8in
Weight 161-200 Lbs.  Other Features: _____

#8 WIT. FEES $ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#9 MILITARYSRVC [ ] Deponent asked person spoken to whether the defendant was presently in military service of the United States Government or of the State of New York and was informed that defendant was not.

#10 OTHER [ ]

Sworn to before me on this 4th day of December, 2018

STEVEN M SHURGIN
NOTARY PUBLIC, State of New York
No. 01SH6190498, Qualified in Nassau County
Commission Expires July 28, 2020

STEPHANIE GALLIGAN
NOTARY PUBLIC, State of New York
No. 01GA6190672, Qualified in Nassau County
Commission Expires July 28, 2020



YOLER JEAN-BAPTISTE
Server's Lic #1139306
Work Order # 1114289

CAPITAL PROCESS SERVERS, INC. 265 POST AVENUE, STE. 150, WESTBURY, NY 11590 TEL 516-333-6380 FAX 516-333-6382    NYC DCA LIC. # 1381942