**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
CHRISTOPHER SADOWSKI,

                      Plaintiff,                          18 **CIVIL** 10072 (GBD)(OTW)

      -against-                              **JUDGMENT**

PRIMERA PLANA NY INC., et al.,
                      Defendants.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated December 14, 2021, Magistrate Judge Wang conducted a comprehensive and careful inquest. This Court finds no error, clear or otherwise in the Report's analysis. Magistrate Judge Wang's recommended judgment regarding damages and attorney's fees and costs is ADOPTED in its entirety. Thus, final judgment is entered for the Plaintiff in the amount of $11,900; accordingly, the case is closed.

**Dated:** New York, New York
         December 15, 2021

                                             **RUBY J. KRAJICK**
                                             **Clerk of Court**
                            **BY:**   *K. Mango*
                                              **Deputy Clerk**